UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Long Term Capital Holdings, et. al.:
        Petitioners          :
                             :    Civil No.
v.                           :    3:01cv1290 (JBA)
                             :
United States of America,    :
        Respondent           :

## Disposition of Pre-Trial Motions in Limine

As a method of pretrial briefing on issues of relevance at

trial, petitioners filed a number of motions in limine, which

counsel represented were to serve the function of bench

memoranda, Docs. ##142, 144, 146, 148, and #150.  Inasmuch as all

issues raised and not explicitly addressed during trial remain

for substantive disposition in the context of the decision to be

rendered in this case, such motions have served their intended

purpose and can now be technically denied as moot.  Accordingly,

Docs. ##142, 144, 146, 148, and 150 are DENIED as to form for

docket clearing purposes only.


IT IS SO ORDERED.

_____
Janet Bond Arterton
United States District Judge

Dated at New Haven, CT, this _31st_ day of March 2004.