UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
LONG-TERM CAPITAL HOLDINGS LP  : Civil Number
: 3:01-CV-01290 (JBA)
      Plaintiff : 
:
  v. :
:
UNITED STATES OF AMERICA :
:
      Defendant : JUNE 23, 2004
---------------------------------------------------------------X

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel respectfully requests to withdraw his Appearance in this matter for the Plaintiff, Long-Term Capital Holdings LP. Said Plaintiff will remain represented by the following attorneys at Whitman Breed Abbott & Morgan LLC: Charles W. Pieterse and Michael F. Cavolo.

THE PLAINTIFF

BY _____
Maciej A. Piatkowski (ct21555)
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830
Tel. 203-869-3800
Fax 203-869-1951
mpiatkowski@wbamct.com

53702

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Withdraw Appearance was sent by first class mail, postage prepaid, on June 23, 2004 to the following:

Charles P. Hurley
U.S. Department of Justice
P.O. Box 7238
Washington, DC  20044

John B. Hughes
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Jennifer G. Cohen
Kevin P. Jenkins
Nicole Bielawski
Stacey Hallett
U.S. Department of Justice
Tax Division
P.O. Box 55, Ben Franklin Station
Washington, DC  20044-0055

Carl Riehl
Debevoise & Plimpton
919 Third Avenue
New York, NY  10022

David N. Rosen
Rosen & Dolan
400 Orange Street
New Haven, CT 06511

_____
Maciej A. Piatkowski