UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**LONG-TERM CAPITAL, ET AL**           :

**v.**                                 :   NO. 3:01cv1290 (JBA)
                                           LEAD
**UNITED STATES OF AMERICA**           :

### ENDORSEMENT ORDER [DOC. #209]

Motion to Withdraw Appearance [doc. #209] is GRANTED. The Court notes the appearance on the record of Attorneys Pieterse and Cavolo.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:** **June 28, 2004**