IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LONG-TERM CAPITAL HOLDINGS, ET AL., | ) ) ) |
| Petitioners, | ) ) Case No.: 3:01cv1290 (JBA) |
| v. | ) ) All Cases ) |
| UNITED STATES OF AMERICA, | ) ) ) June 18, 2003 |
| Respondent. | ) ) ) |

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel, Nicole M. Bielawski, respectfully requests withdrawal of her appearance in the matter for Respondent, United States of America. The United States of America will remain represented by Kevin Jenkins and Jennifer Cohen, also of the Department of Justice, Tax Division.

JOHN A. DANAHER, III
United States Attorney

*/s/ Nicole Bielawski*
NICOLE M. BIELAWSKI CT22150
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6060
Facsimile: (202) 514-5238

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **United States' Motion to Withdraw Appearance** was served by regular U.S. mail, postage prepaid, to the following persons, this 16th day of August, 2004:

David J. Curtin, CT22881
McKee Nelson LLP
1919 M Street, N.W., Suite 800
Washington, D.C. 20036

Charles W. Pieterse, CT01577
Whitman Breed Abbott & Morgan
100 Field Point Road
Greenwich, CT 06830

*[signature]*
NICOLE M. BIELAWSKI CT22150
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6060
Facsimile: (202) 514-5238