end (2)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LONG-TERM CAPITAL          :

v.                         :    NO. 3:01cv1290 (JBA)

USA                        :

FILED
Aug 19  8 20 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### ENDORSEMENT ORDER [DOC. #211]

Motion to Withdraw Appearance [doc. #211] is GRANTED. The Court notes the appearances of Attorneys Jenkins and Cohen.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    August 17, 2004