**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LONG TERM CAPITAL<br>HOLDINGS, LP<br>　　　vs<br>UNITED STATES OF AMERICA | Civil No. 3:01cv1290 JBA<br>Lead Case |
| LONG TERM CAPITAL<br>PORTFOLIO, (GP)<br>　　　vs<br>UNITED STATES OF AMERICA | Civil No. 3:01cv1291 JBA<br>Member Case |
| LONG TERM CAPITAL MGMT., LP<br>　　　vs<br>UNITED STATES OF AMERICA | Civil No. 3:01cv1292 JBA<br>Member Case |
| ERIC ROSENFELD<br>　　　vs<br>UNITED STATES OF AMERICA | Civil No. 3:01cv1711 JBA<br>Member Case |
| RICHARD LEAHY<br>　　　vs<br>UNITED STATES OF AMERICA | Civil No. 3:01cv1713 JBA<br>Member Case |
| LONG TERM CAPITAL FUND<br>　　　vs<br>UNITED STATES OF AMERICA | Civil No. 3:01cv1714 JBA<br>Member Case |

**J U D G M E N T**

This matter came on for a bench trial before the Honorable Janet Bond Arterton, United States District Judge.  On August 27, 2004, after review of the evidence, the Court entered a Findings and Opinion, denying the petitions in all respects and directing the Clerk to enter judgment for the respondent and close the case.

EOD_____

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the respondent and this case is closed.

Dated at New Haven, Connecticut this 30th day of August, 2004.

KEVIN F. ROWE, Clerk

_____
By:
    Betty J. Torday
    Deputy Clerk