## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

APPEARANCE

FILED

AUG 31  12 20 PM '04

LONG-TERM CAPITAL

v.

U.S.A.

CASE NUMBER: LEAD DOCKET 3:01-cv-01290-JBA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Long-Term Capital Holdings, LP
Long-Term Capital Portfolio (GP), LP
Long-Term Capital Mgmt LP
Eric Rosenfeld
Richard Leahy

| | |
|---|---|
| August 31, 2004 | _/s/ Signature_ |
| **Date** | **Signature** |
| ct 06908 | James A. Fulton |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (203) 862-2440 | 100 Field Point Road |
| **Telephone Number** | **Address** |
| (203) 869-1951 | Greenwich, CT 06830 |
| **Fax Number** | |
| jfulton@wbamct.com | |
| **E-mail address** | |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached.

_/s/ Signature_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001