*fee paid*

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

FILED

Aug 31  12 29 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

| | | |
|---|---|---|
| LONG TERM CAPITAL HOLDINGS, et al., | ) ) ) ) | |
| Petitioners, | ) ) | Master Docket No. 3:01cv1290 (JBA) |
| | ) | All Cases |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) | AUGUST 31, 2004 |
| | ) ) | |
| | ) | |

## MOTION FOR ADMISSION OF VISITING ATTORNEY
### ROBERT L. MOORE, II

Pursuant to Pursuant to L. Civ. R. 83.1(d), James A. Fulton, counsel of record for

Petitioner Long Term Capital Holdings, L.P. ("Holdings") and a member in good

standing of the bar of this Court, respectfully moves for permission to allow Robert L.

Moore II to represent the Petitioner in the above-captioned matter for all purposes. In

support of this Motion, the undersigned represents as follows:

1.      Visiting lawyer Robert L. Moore is an attorney with the firm of Miller &

Chevalier Chartered, 655 Fifteenth Street, NW, Suite 900, Washington, D.C. 20005.

2.      Attorney Moore is a member of good standing of the bar of the District of

Columbia, U.S. Supreme Court, U.S. Court of Appeals for the Federal Circuit, Seventh

Circuit, and the Fifth Circuit, U.S. District Court Northern District of Texas, U.S. District

Court for the District of Columbia, U.S. Court of Federal Claims, and the U.S. Tax Court.

55581

3.      Attorney Moore has not been denied admission or disciplined in accordance with L. Civ. R. 83.2, nor has he been denied or disciplined by any other Court.

4.      Attorney Moore's affidavit in support of this motion is attached hereto.

5.      Service of all papers shall be made upon James A. Fulton, Whitman Breed Abbott & Morgan LLC, 100 Field Point Rd., Greenwich, Connecticut, 06830.

6.      A check for $25.00 accompanies this motion.

7.      Undersigned counsel has conferred with opposing counsel, who states that he has no objection to the grant of this motion.

THE PETITIONER

By _____
James A. Fulton, ct06908
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830
203-869-3800
203-869-1951 (facsimile)
jfulton@wbamct.com

55581

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LONG TERM CAPITAL HOLDINGS,        )
  et al.,                               )
                                        )
                                        )    Master Docket No. 3:01cv1290 (JBA)
                 Petitioners,        )
                                        )    All Cases
    v.                                   )
                                        )
UNITED STATES OF AMERICA,           )
                                        )    AUGUST 30, 2004
               Respondent.             )
                                        )
                                        )

## AFFIDAVIT OF ROBERT L. MOORE, II

Robert L. Moore, II, being first duly sworn, hereby deposes and says:

1.      I am an attorney with the firm of Miller & Chevalier Chartered, 655 Fifteenth Street, NW, Suite 900, Washington, D.C. 20005.  My telephone, facsimile and e-mail address are as follows:  (202) 626-5800, (202) 628-0858, rmoore@milchev.com

2.      I am in good standing in the bar of the District of Columbia, U.S. Supreme Court, U.S. Court of Appeals for the Federal Circuit, Seventh Circuit, and the Fifth Circuit, U.S. District Court Northern District of Texas, U.S. District Court for the District of Columbia, U.S. Court of Federal Claims, and the U.S. Tax Court.

3.      I have not been denied admission or disciplined by the United States District Court for the District of Connecticut, and I have not been denied admission or disciplined by any other Court.

4.      I am familiar with the Rules of the United States District Court for the

District of Connecticut.

5.      I make this affidavit in support of the motion for my admission *pro hac*

*vice* to permit me to represent Petitioner Long-Term Capital Holdings, L.P. as visiting

counsel in connection with the above-captioned action.


_Robert L. Moore, II._
Robert L. Moore, II.


Subscribed and sworn to
Before me this 30th day of
August, 2004.


_Leonore K. Leonard_
Notary Public
My Commission Expires: MY COMMISSION EXPIRES
                       SEPTEMBER 26, 2006

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Admission of Visiting

Attorney was sent by first class mail, postage prepaid, on August 31, 2004 to the

following:

Charles P. Hurley
U.S. Department of Justice
P.O. Box 7238
Washington, DC 20044

Nicole Bielawski
Stacey Hallett
Jennifer G. Cohen
Kevin P. Jenkins
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin
Station
Washington, DC 20044-0055

John B. Hughes
Assistant U.S. Attorney
U.S. Attorney's Office
District of Connecticut
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

David N. Rosen
Rosen & Dolan
400 Orange Street
New Haven, CT 06511

Carl Riehl
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Christopher P. LaPuma
David J. Curtin
John A. Galotto
William F. Nelson
McKee & Nelson
1919 M St., NW
Suite 800
Washington, DC 20036

James A. Fulton

55581