*fee paid*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

Aug 31  12 29 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| LONG TERM CAPITAL HOLDINGS, et al., | ) ) ) |
| | ) Master Docket No. 3:01cv1290 (JBA) |
| Petitioners, | ) |
| | ) All Cases |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) AUGUST 31, 2004 |
| Respondent. | ) |
| | ) |
| | ) |

**MOTION FOR ADMISSION OF VISITING ATTORNEY**
**STEVEN M. ROSENTHAL**

Pursuant to Pursuant to L. Civ. R. 83.1(d), James A. Fulton, counsel of record for

Petitioner Long Term Capital Holdings, L.P. ("Holdings") and a member in good

standing of the bar of this Court, respectfully moves for permission to allow Steven M.

Rosenthal to represent the Petitioner in the above-captioned matter for all purposes. In

support of this Motion, the undersigned represents as follows:

    1.    Visiting lawyer Steven M. Rosenthal is an attorney with the firm of Miller

& Chevalier Chartered, 655 Fifteenth Street, NW, Suite 900, Washington, D.C. 20005.

    2.    Attorney Rosenthal is a member of good standing of the bar of the District

of Columbia and an inactive member of the bar of California.

3.    Attorney Rosenthal has not been denied admission or disciplined in accordance with L. Civ. R. 83.2, nor has he been denied or disciplined by any other Court.

4.    Attorney Rosenthal's affidavit in support of this motion is attached hereto.

5.    Service of all papers shall be made upon James A. Fulton, Whitman Breed Abbott & Morgan LLC, 100 Field Point Rd., Greenwich, Connecticut, 06830.

6.    A check for $25.00 accompanies this motion.

7.    Undersigned counsel has conferred with opposing counsel, who states that he has no objection to the grant of this motion.

THE PETITIONER

By_____
James A. Fulton, ct06908
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830
203-869-3800
203-869-1951 (facsimile)
jfulton@wbamct.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LONG TERM CAPITAL HOLDINGS,　　　)
  et al.,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　Master Docket No. 3:01cv1290 (JBA)
　　　　　　　　Petitioners,　　　　　)
　　　　　　　　　　　　　　　　　　)　All Cases
　　　　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)　AUGUST 30, 2004
　　　　　　　　Respondent.　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

## AFFIDAVIT OF STEVEN M. ROSENTHAL

Steven M. Rosenthal, being first duly sworn, hereby deposes and says:

1.　　I am an attorney with the firm of Miller & Chevalier Chartered, 655 Fifteenth Street, NW, Suite 900, Washington, D.C. 20005. My telephone, facsimile and e-mail address are as follows: (202) 626-5800, (202) 628-0858, srosenthal@milchev.com

2.　　I am in good standing in the bar of the District of Columbia and an inactive member of the bar of California.

3.　　I have not been denied admission or disciplined by the United States District Court for the District of Connecticut, and I have not been denied admission or disciplined by any other Court.

4.　　I am familiar with the Rules of the United States District Court for the District of Connecticut.

5.      I make this affidavit in support of the motion for my admission *pro hac*

*vice* to permit me to represent Petitioner Long-Term Capital Holdings, L.P. as visiting

counsel in connection with the above-captioned action.


Steven M. Rosenthal


Subscribed and sworn to
Before me this 30th day of
August, 2004. 30th day of
August, 2004.

Notary Public
My Commission Expires: 6/30/09

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing Motion for Admission of Visiting Lawyer was made this 31st of August, 2004  by sending a true and correct copy thereof via first class mail to the following:

Charles P. Hurley
U.S. Department of Justice
P.O. Box 7238
Washington, DC 20044

David N. Rosen
Rosen & Dolan
400 Orange Street
New Haven, CT 06511

Nicole Bielawski
Stacey Hallett
Jennifer G. Cohen
Kevin Jenkins
Trial Attorneys, Tax Division
U.S. Department of Justice
Ben Franklin Station
P.O. Box 55
Washington, DC  20044

Carl Riehl
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Christopher P. LaPuma
David J. Curtin
John A. Galotto
William F. Nelson
1919 McKee & Nelson
Suite 800
Washington, DC 20036

John B. Hughes, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
District of Connecticut
157 Church Street, 23rd Floor
PO Box 1824
New Haven, CT 06510

James A. Fulton