fee paid

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Aug 31  12 29 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

LONG TERM CAPITAL HOLDINGS, )
et al., )
 )
 ) Master Docket No. 3:01cv1290 (JBA)
Petitioners, )
 ) All Cases
v. )
 )
UNITED STATES OF AMERICA, )
 ) AUGUST 31, 2004
Respondent. )
 )
 )

## MOTION FOR ADMISSION OF VISITING ATTORNEY
## ALAN I. HOROWITZ

Pursuant to Pursuant to L. Civ. R. 83.1(d), James A. Fulton, counsel of record for Petitioner Long Term Capital Holdings, L.P. ("Holdings") and a member in good standing of the bar of this Court, respectfully moves for permission to allow Alan I. Horowitz to represent the Petitioner in the above-captioned matter for all purposes. In support of this Motion, the undersigned represents as follows:

1. Visiting lawyer Alan I. Horowitz is an attorney with the firm of Miller & Chevalier Chartered, 655 Fifteenth Street, NW, Suite 900, Washington, D.C. 20005.

2. Attorney Horowitz is a member of good standing of the bar of the District of Columbia, U.S. Supreme Court, the U.S. Court of Appeals for the District of Columbia, Federal Circuit, Third Circuit, Fourth Circuit, Fifth Circuit, Sixth Circuit,

55581

Seventh Circuit, Ninth Circuit, Eleventh Circuit, U.S. District Court for the District of Columbia, and the U.S. Tax Court.

3. Attorney Horowitz has not been denied admission or disciplined in accordance with L. Civ. R. 83.2, nor has he been denied or disciplined by any other Court.

4. Attorney Horowitz's affidavit in support of this motion is attached hereto.

5. Service of all papers shall be made upon James A. Fulton, Whitman Breed Abbott & Morgan LLC, 100 Field Point Rd., Greenwich, Connecticut, 06830.

6. A check for $25.00 accompanies this motion.

7. Undersigned counsel has conferred with opposing counsel, who states that he has no objection to the grant of this motion.

THE PETITIONER

By_____
James A. Fulton, ct06908
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830
203-869-3800
203-869-1951 (facsimile)
jfulton@wbamct.com

55581

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LONG TERM CAPITAL HOLDINGS, et al., | )<br>)<br>) |
| Petitioners, | ) Master Docket No. 3:01cv1290 (JBA)<br>)<br>) All Cases |
| v. | )<br>) |
| UNITED STATES OF AMERICA, | )<br>) AUGUST 30, 2004 |
| Respondent. | )<br>)<br>) |

### AFFIDAVIT OF ALAN I. HOROWITZ

Alan I. Horowitz, being first duly sworn, hereby deposes and says:

1. I am an attorney with the firm of Miller & Chevalier Chartered, 655 Fifteenth Street, NW, Suite 900, Washington, D.C. 20005. My telephone, facsimile and e-mail address are as follows: (202) 626-5800, (202) 628-0858, ahorowitz@milchev.com

2. I am in good standing in the bar of the District of Columbia, U.S. Supreme Court, the U.S. Court of Appeals for the District of Columbia, Federal Circuit, Third Circuit, Fourth Circuit, Fifth Circuit, Sixth Circuit, Seventh Circuit, Ninth Circuit, Eleventh Circuit, U.S. District Court for the District of Columbia, and the U.S. Tax Court.

55581

3. I have not been denied admission or disciplined by the United States District Court for the District of Connecticut, and I have not been denied admission or disciplined by any other Court.

4. I am familiar with the Rules of the United States District Court for the District of Connecticut.

5. I make this affidavit in support of the motion for my admission *pro hac vice* to permit me to represent Petitioner Long-Term Capital Holdings, L.P. as visiting counsel in connection with the above-captioned action.

_____
Alan I. Horowitz

Subscribed and sworn to
Before me this ~~30th day of August, 2004.~~ 30th day
of August, 2004.

_____
Notary Public
My Commission Expires: 6/30/09

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing Motion for Admission of Visiting Lawyer was made this 31st of August, 2004 by sending a true and correct copy thereof via first class mail to the following:

Charles P. Hurley
U.S. Department of Justice
P. O. Box 7238
Washington, DC 20044

Nicole Bielawski
Stacey Hallett
Jennifer Cohen
Kevin Jenkins
Trial Attorneys, Tax Division
U.S. Department of Justice
Ben Franklin Station
P.O. Box 55
Washington, DC 20044

John B. Hughes, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
District of Connecticut
157 Church Street, 23rd Floor
PO Box 1824
New Haven, CT 06508

David N. Rosen
Rosen & Dolan
400 Orange Street
New Haven, CT 06511

Carl Riehl
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Christopher P. LaPuma
David J. Curtin
John A. Galotto
William F. Nelson
McKee & Nelson
1919 M St., N.W.
Suite 800
Washington, DC 20036

James A. Fulton

55581