# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

Long Term Capital Holdings, L.P.    CASE NUMBER: 3:01-cv-1290
v. USA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Long Term Capital Holdings, L.P.

---

9/14/04
**Date**

ct26213
**Connecticut Federal Bar Number**

(202) 626-5962
**Telephone Number**

(202) 628-0858
**Fax Number**

srosenthal@milchev.com
**E-mail address**

/s/ Steven M. Rosenthal
**Signature**

Steven M. Rosenthal
**Print Clearly or Type Name**

655 15th St., N.W. #900
**Address**

Washington, DC 20005

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached Sheet

/s/ Steven M. Rosenthal
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Appearance was sent by FedEx on September 16, 2004 to the following:

Charles P. Hurley
U.S. Department of Justice
P.O. Box 7238
Washington, DC  20044

Nicole Bielawski
Stacey Hallett
Jennifer G. Cohen
Kevin P. Jenkins
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC  20044-0055

Carl Riehl
Debevoise & Plimpton
919 Third Avenue
New York, NY  10022

Christopher P. LaPuma
McKee & Nelson
1919 M St., NW
Suite 800
Washington, DC 20036

The following received their copies electronically:

| | |
|---|---|
| Michael F. Cavolo | mcavolo@wbamct.com, |
| David J. Curtin | dcurtin@mckeenelson.com, |
| James A. Fulton | jfulton@wbamct.com, |
| John A. Galotto | jgalotto@mckeenelson.com, |
| John B. Hughes | john.hughes@usdoj.gov |
| William F. Nelson | wnelson@mckeenelson.com, |
| Maciej A. Piatkowski | mpiatkowski@wbamct.com, |
| Charles W. Pieterse | cpieterse@wbamct.com, |
| David N. Rosen | drosen@davidrosenlaw.com, airizarry@davidrosenlaw.com |

*[signature]*
Robert L. Moore, II

Case 3:01-cv-01290-JBA   Document 223   Filed 09/17/2004   Page 2 of 2