# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

Long Term Capital Holdings, et al.

v.  CASE NUMBER: 3:01-cv-1290

United States of America

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for: Long-Term Capital Holdings, L.P.

---

September 14, 2004
**Date**

*[Signature]*
**Signature**

ct 26212
**Connecticut Federal Bar Number**

Alan I. Horowitz
**Print Clearly or Type Name**

202-626-5839
**Telephone Number**

Miller & Chevalier Chartered
**Address**

202-628-0858
**Fax Number**

655 Fifteenth St., N.W., Suite 900
Washington, D.C. 20005-5701

ahorowitz@milchev.com
**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached Sheet

**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance was sent by FedEx on September 16, 2004 to the following:

Charles P. Hurley
U.S. Department of Justice
P.O. Box 7238
Washington, DC 20044

Carl Riehl
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Nicole Bielawski
Stacey Hallett
Jennifer G. Cohen
Kevin P. Jenkins
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044-0055

Christopher P. LaPuma
McKee & Nelson
1919 M St., NW
Suite 800
Washington, DC 20036

The following received their copies electronically:

| | |
|---|---|
| Michael F. Cavolo | mcavolo@wbamct.com, |
| David J. Curtin | dcurtin@mckeenelson.com, |
| James A. Fulton | jfulton@wbamct.com, |
| John A. Galotto | jgalotto@mckeenelson.com, |
| John B. Hughes | john.hughes@usdoj.gov |
| William F. Nelson | wnelson@mckeenelson.com, |
| Maciej A. Piatkowski | mpiatkowski@wbamct.com, |
| Charles W. Pieterse | cpieterse@wbamct.com, |
| David N. Rosen | drosen@davidrosenlaw.com, airizarry@davidrosenlaw.com |

Robert L. Moore, II