*Leave*

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LONG TERM CAPITAL HOLDINGS, et al., | ) ) ) | |
| Petitioners, | ) ) ) | Master Docket No. 3:01cv1290 (JBA) |
| v. | ) ) | All Cases |
| UNITES STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) ) ) | SEPTEMBER 16, 2004 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Fed. R. Civ. P. 7 and Local Rule 7(e), David J. Curtin, William F. Nelson, John A. Galotto and Christopher P. La Puma of McKee Nelson LLP (collectively, "McKee Nelson") hereby seek leave to withdraw their appearances on behalf of the petitioners in the above-referenced action.

Good cause exists for permitting the withdrawal of appearance. The petitioners have retained new counsel to represent them in this matter. Steven M. Rosenthal, Robert L. Moore, II, and Alan I. Horowitz of the firm of Miller & Chevalier Chartered have each filed motions for admission as visiting attorneys to represent petitioners in this matter. James A. Fulton of Whitman Breed Abbott & Morgan LLC remains as counsel for petitioners in this matter.

Pursuant to Local Rule 7(e), copies of this Motion For Leave To Withdraw Appearance have been sent by certified mail to petitioners at the following address: c/o Eric Rosenfeld, JWM Partners, 1 E. Weaver St., Greenwich, CT 06851.

WHEREFORE, McKee Nelson and the aforementioned individual attorneys respectfully request that this Motion For Leave To Withdraw Appearance be granted.

McKEE NELSON LLP

By: _____
David J. Curtin
McKee Nelson LLP
1919 M Street, NW, Suite 800
Washington, DC  20036
(202) 775-1880
(202) 775-8586 (facsimile)

- 2 -

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing Motion For Leave To Withdraw Appearance was made this 16th day of September, 2004, by sending a true and correct copy thereof via first class mail to the following:

Jennifer Cohen
Kevin Jenkins
Trial Attorneys, Tax Division
U.S. Department of Justice
Ben Franklin Station
P.O. Box 55
Washington, DC  20044

David N. Rosen
Rosen & Dolan
400 Orange Street
New Haven, CT  06511

Carl Riehl
Debevoise & Plimpton
919 Third Avenue
New York, NY  10022

James A. Fulton
Whitman Breed Abbott & Morgan LLC
100 Field Point Road
Greenwich, CT  06830

John B. Hughes, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
District of Connecticut
157 Church Street, 23rd Floor
PO Box 1824
New Haven, CT  06508

David J. Curtin