UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LONG-TERM CAPITAL, ET AL        :

v.                              :   NO. 3:01cv1290 (JBA)

UNITED STATES OF AMERICA        :

FILED
OCT 1 11 52 AM '04
U.S DISTRICT COURT
NEW HAVEN, CONN

### ENDORSEMENT ORDER [DOC. #225]

Motion to Withdraw Appearance [doc. #225] is GRANTED. The Court notes the appearance on the record of Attorneys Rosenthal, Moore, Horowitz and Fulton.

IT IS SO ORDERED.

(
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: September 30, 2004