IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LONG TERM CAPITAL HOLDINGS, ET AL., )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>Respondent )<br>)<br>) | Civil Nos.<br>3:01cv1290, 3:01cv1291,<br>3:01cv1292, 3:01cv1711,<br>3:01cv1713, 3:01cv1714<br>(JBA) |

### NOTICE OF APPEAL

Notice is hereby given that all petitioners in the above-captioned consolidated cases, Long-Term Capital Holdings, et al., hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment in these consolidated cases, dated August 30, 2004, and entered on the docket on August 31, 2004, together with the associated opinion dated August 27, 2004.

_____
Alan I. Horowitz
Robert L. Moore II
Steven M. Rosenthal
Miller & Chevalier Chartered
655 Fifteenth St., N.W.
Washington, D.C. 20005
(202) 626-5800

_____
James A. Fulton
Whitman Breed Abbott & Morgan
100 Field Point Road
Greenwich, CT 06830
(203) 869-3800

Date: October 25, 2004

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appeal was sent by first class mail, postage prepaid, on October 25, 2004 to the following:

Charles P. Hurley
U.S. Department of Justice
P.O. Box 7238
Washington, DC 20044

Nicole Bielawski
Stacey Hallett
Jennifer G. Cohen
Kevin P. Jenkins
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044-0055

Carl Riehl
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

John B. Hughes
Assistant U.S. Attorney
U.S. Attorney's Office
District of Connecticut
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

David N. Rosen
Rosen & Dolan
400 Orange Street
New Haven, CT 06511

James A. Fulton

55581