**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

| | | |
|---|---|---|
| **KEVIN F. ROWE**<br>CLERK | TEL. NO. 773-2140<br>(AREA CODE 203) | **VICTORIA C. MINOR**<br>CHIEF DEPUTY CLERK<br><br>**LORI INFERRERA**<br>DEPUTY-IN-CHARGE<br>NEW HAVEN |

February 15, 2006

Re: Case Name: LONGTERM CAPITAL V USA
    Number: 3:01cv1290 JBA

Dear Counsel:

As the above matter has been disposed of in this court a Mandate issued on 12/12/05.

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

If they are not picked up by March 22, 2006 , they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

                                                Sincerely,

                                                Kevin F. Rowe, Clerk

                                                BY _____/s/_____
                                                    Betty J. Torday
                                                    Deputy Clerk

ACKNOWLEDGMENT:_____        DATE:_____