**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

KEVIN F. ROWE
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LORI INFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

February 15, 2006

Re: Case Name: LONGTERM CAPITAL V USA
Number: 3:01cv1290 JBA

Dear Counsel:

As the above matter has been disposed of in this court a Mandate issued on 12/12/05.

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

If they are not picked up by March 22, 2006, they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY ____/s/_____
Betty J. Torday
Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 3-28-06